## 16217.  HARRINGTON *v.* HADDEN.

STEPHENS, J. It does not appear that, upon the hearing of the motion for continuance upon the ground of absent witnesses, any showing was made that the motion was not made for the purpose of delay, although the showing in all other respects may have been complete. *Aiken* v. *Carmichael,* 127 *Ga.* 407 (56 S. E. 440). The evidence authorized the verdict for the plaintiff, including the amount found as interest.

       *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

       DECIDED FEBRUARY 25, 1926.

Complaint; from Laurens superior court—Judge Kent. December 20, 1924.

*W. A. Dampier, William B. Kent,* for plaintiff in error.

*Burch & Daley,* contra.

---

Continuances, 13 C. J. p. 182, n. 64.